

Today's date is Wednesday, May 31, 2006.

...uncompromising **commitment** to our customers...

...the DeSHAZO difference!

DESHAZO CRANE COMPANY
MITCHELL INDUSTRIES

About Us

**DeSHAZO SERVICE COMPANY** is one of the leading providers of parts and services for overhead cranes in North America. Our headquarters are located in Birmingham, AL, and we have established regional offices in Indianapolis, IN, Charlotte, NC, Greenville, SC, Columbia, SC, Atlanta, GA, Knoxville, TN, and West Palm Beach, FL to serve your overhead crane parts and service needs.

**DeSHAZO Service Company** has a single-minded focus: providing outstanding service for all your overhead crane and hoisting needs regardless of make or model. Our 20,000

**Published Articles**
The following articles, published in "Metal Producing & Processing, were written by David

This site © copyright 2003 by DESHAZO SERVICE COMPANY. All rights reserved.